DOUGLAS are of the opinion the petition should be granted. *Lloyd T. Bailey* for petitioner. *Harlan L. Hackbert* for respondent.

No. 65, Misc. HOLLAND *v.* SAFEWAY STORES, INC. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied for the reason that application therefor was not made within the time provided by law.

No. 82, Misc. McCULLOUGH *v.* UNITED STATES FIDELITY & GUARANTY Co. C. A. 5th Cir. Certiorari denied. *Julius T. Long* for petitioner.

NOVEMBER 9, 1953.

No. 323. FRANKLIN, REGIONAL COUNSEL, WAGE STABILIZATION BOARD, ET AL. *v.* JONCO AIRCRAFT CORP. Appeal from the United States District Court for the Northern District of Texas. *Per Curiam:* The appellee having failed to exhaust its administrative remedy, the judgment is reversed. *Myers* v. *Bethlehem Shipbuilding Corp.*, 303 U. S. 41; *Public Service Commission of Utah* v. *Wycoff Company, Inc.*, 344 U. S. 237, 246. *Acting Solicitor General Stern* for appellants. *Jerry N. Griffin* and *John K. Pickens* for appellee.

No. 308. NEW JERSEY & NEW YORK RAILROAD Co. *v.* BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL. Appeal from the Supreme Court of New Jersey. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Richard Swan Buell* and *Justin W. Seymour* for appellant. *Theodore D. Parsons,* Attorney General of New Jersey, *John R. Sailer,* Deputy Attorney

General, and *Frank H. Sommer* for the Board of Public Utility Commissioners; and *Sam A. Colarusso* for the Brotherhood of Railroad Trainmen, appellees.

No. 343. AIKEN *v.* RICHARDSON. Appeal from the Supreme Court of Georgia. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *G. Seals Aiken, pro se. Ralph Williams* for appellee.

No. 309. TWEEL *v.* WEST VIRGINIA RACING COMMISSION ET AL. Appeal from the Supreme Court of Appeals of West Virginia. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Seldon S. McNeer* for appellant.

No. 320. SACKETT *v.* LOUISIANA. Appeal from the Criminal District Court for the Parish of Orleans, Louisiana, Appellate Division. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Maurice R. Woulfe* for appellant.

No. 315. WESTERN UNION TELEGRAPH Co. ET AL. *v.* NEW JERSEY. Appeal from the Supreme Court of New Jersey. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE REED are of the opinion that probable jurisdiction should be noted. *John H. Waters* and *William G. H. Acheson* for appellants. *Theodore D. Parsons,* Attorney General of New Jersey, and *Joseph A. Murphy,* Assistant Attorney General, for appellee.